21832.   ECHOLS v. THE STATE.

BROYLES, C. J.   The evidence connecting the accused with the offense charged (possessing whisky), though wholly circumstantial, was sufficient to authorize the jury to find that it excluded every *reasonable* hypothesis save that of his guilt; and, that finding having been approved by the trial judge, and no error of law appearing, this court is without authority to interfere.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 11, 1931.

*Porter & Mebane,* for plaintiff in error.
*M. Neil Andrews, solicitor-general, Dean Owens,* contra.

21851.   DAVIS v. THE STATE.

BROYLES, C. J.   The evidence amply authorized the verdict; the motion for a new trial contained the usual general grounds only; and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 11, 1931.

*J. M. Forrester, W. T. Lane & Son,* for plaintiff in error.
*T. O. Marshall, solicitor,* contra.